UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                                     :
IN RE:                                                               :
                                                                     :
GENESIS GLOBAL HOLDCO, LLC et al,                                    :            26-CV-2959 (JMF)
                                                                     :
                         Debtor.                                     :            ORDER
                                                                     :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

  This bankruptcy appeal has been assigned to the undersigned for all purposes.  The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted.  The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

  SO ORDERED.

Dated: April 13, 2026
  New York, New York                     _____
                          JESSE M. FURMAN
                     United States District Judge