

James R. Serritella
T/F: 212-960-8345
jserritella@kandslaw.com

June 12, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

Re:    *In re: Genesis Global Holdco, LLC, et al.*, Case No.: 1:26-cv-02959-JMF

Dear Judge Furman:

Appellants Eric Asquith, Michael Herman, and Albert Tousson, by and through their undersigned counsel, respectfully request a 30-day extension on the deadline, until July 20, 2026, to file an opening brief in the above-captioned matter.  Pursuant to Your Honor's Individual Rules, Appellants confirm the following:

1) The original due date for Appellants' opening brief is June 22, 2026.

2) This is Appellants' first request for an extension.

3) Appellants have not previously sought an extension, so none were granted or denied.

4) Counsel for Appellants are actively preparing for a trial in another case, which is scheduled to begin June 22, 2026, the same day the appellate brief is currently due. Appellants' counsel is a small firm with fewer than 10 lawyers and will be in trial preparation until the brief is due.

5) Appellants' counsel conferred with Appellee regarding this extension and explained these conflicts. Appellants' counsel also proposed agreeing to a 30-day extension of Appellee's opposition brief. Appellee indicated, without explanation, that it does not consent to any extension. *See* email exchange with counsel for Appellee, dated June 5-10, 2026, attached hereto as **Exhibit A.**

6) The parties currently have no other scheduled appearances. The only deadlines affected by this request are Appellants' opening brief, Appellee's opposition brief, and Appellants' reply brief. No other deadlines are affected.

Appellants therefore respectfully request an extension on the deadline to file their opening brief and propose the following new briefing schedule: Appellants' opening brief would be due on July 20, 2026; Appellee's opposition brief would be due on September 18, 2026; and Appellants'

Honorable Jesse M. Furman
June 12, 2026
Page 2

reply brief would be due on October 18, 2026.

Respectfully,

/s/ James R. Serritella

James R. Serritella

Application GRANTED in part.  Appellants' opening brief shall be due on **July 20, 2026.**  Appellee's opposition brief shall be due on **August 19, 2026.**  Appellants' reply brief shall be due on **September 2, 2026.**  The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

June 15, 2026